# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-2940
_____

Brenda West-Anderson

*Plaintiff - Appellant*

v.

The Missouri Gaming Company, doing business as Argosy Casino; Scott Kirby;
D. A. Chenoweth, also known as Dale Chenoweth

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

_____

Submitted: February 18, 2015
Filed: February 25, 2015
[Unpublished]

_____

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Brenda West-Anderson appeals the district court's[1] with-prejudice dismissal, under Federal Rule of Civil Procedure 37, of her 42 U.S.C. § 1983 complaint. Upon careful review, we conclude that the district court's decision did not constitute an abuse of discretion. <u>See</u> Fed. R. Civ. P. 37 (setting forth sanctions for failure to make disclosures or to cooperate in discovery); <u>Sentis Grp., Inc. v. Shell Oil Co.</u>, 559 F.3d 888, 898-99 (8th Cir. 2009) (standard of review); <u>see also</u> <u>Lindstedt v. City of Granby</u>, 238 F.3d 933, 937 (8th Cir. 2000) (per curiam) (pro se litigant is bound by same litigation rules as lawyer, particularly when fulfilling simple requirements of discovery).

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.